1  Daniel S. Gruber, Esq. State Bar No. 113351
   Glenn R. Kantor, Esq. State Bar No. 122643
2  GRUBER & KANTOR
   15821 Ventura Blvd., Suite 600
3  Encino, California 91436
   (818) 981-0066
4  (818) 981-2122 facsimile

5  Attorneys for Plaintiff,
   GREGORY LUDWIG

Priority ✗
Send ✗
Clsd ✗
Enter ✗
JS-5/JS-6 ✗
JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT
SEP 15 2000
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

LODGED
SEP 14 2 12 PM '00
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
BY ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GREGORY LUDWIG,

    Plaintiff,

vs.

UNUM LIFE INSURANCE COMPANY OF AMERICA; BAIN & COMPANY EMPLOYEE WELFARE BENEFIT PLAN

    Defendants.

CASE NO: CV00-03776 WJR (CWx)

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

17  IT IS HEREBY STIPULATED, by and between the Plaintiff, GREGORY LUDWIG, and
18  Defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA, AND BAIN & COMPANY
19  EMPLOYEE WELFARE BENEFIT PLAN, through their respective attorneys
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

ENTERED
CLERK, U.S. DISTRICT COURT
SEP 18 2000
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

✓ Docketed
✓ Copies / NTC Sent
✓ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

(12)

1

SEP 18 2000

1  of record, that this action be dismissed in its entirety with prejudice.

2  DATED: September 1, 2000      GLENN R. KANTOR
3                                                            GRUBER & KANTOR

BY _____
GLENN R. KANTOR
ATTORNEYS FOR PLAINTIFF
GREGORY LUDWIG

DATED: September 1, 2000      JENNIFER KURZON
                                                         GALTON & HELM

BY: _____
JENNIFER KURZON
ATTORNEYS FOR DEFENDANTS
UNUM LIFE INSURANCE COMPANY OF AMERICA
AND BAIN & COMPANY EMPLOYEE WELFARE
BENEFIT PLAN

**ORDER**

Pursuant to the stipulation of the parties, the above entitled action is Dismissed with Prejudice.

Date: 9-15-00

_____
WILLIAM J. REA
**UNITED STATES DISTRICT JUDGE**

2

**PROOF OF SERVICE**
LUDWIG v. UNUM LIFE INS. CO., et al.
CV-00-03776 WJR (CWx)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 500 South Grand Avenue, Los Angeles, California 90071.

On September 14, 2000, I served the foregoing document(s) described as **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** on the interested party in this action as follows:

☒ by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

Glenn R. Kantor, Esq.          Telephone: 818/981-0066
Gruber & Kantor                Facsimile: 818/981-2122
15821 Ventura Blvd.,
Suite 600
Encino, CA 91436

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused such envelope to be placed for collection and delivery on this date in accordance with standard _____ delivery procedures.

☐ **BY FAX:** In addition to service by mail, I transmitted a copy of the foregoing document(s) this date via telecopier to the facsimile number(s) shown above.

☐ **BY PERSONAL SERVICE:** I delivered such envelope by hand to the office(s) of the addressee(s).

☒ [Federal] I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 14, 2000, at Los Angeles, California.

_____
(TAMMY) SCOTT